# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

**BRANDI L. MOORE,**

       **Plaintiff,**

**v.**                                          **Case No.:  2:18-cv-511**
                                                     **JUDGE GEORGE C. SMITH**
                                                     **Magistrate Judge Deavers**

**COMMISSIONER OF SOCIAL SECURITY,**

       **Defendant.**

## ORDER

       This case is before the Court to consider the *Report and Recommendation* issued by the Magistrate Judge on August 1, 2019.  The Magistrate Judge recommended that Plaintiff's Statement of Errors be overruled and that the Commissioner of Social Security's decision be affirmed.  (Doc. 20).  This matter is now before the Court on Plaintiff's Objection to the Magistrate Judge's *Report and Recommendation*.  (Doc. 21).  The Court will consider the matter *de novo*.  *See* 28 U.S.C. § 636(b)(1);  Fed. R. Civ. P. 72(b)(3).

       Plaintiff raises one primary objection to the Magistrate Judge's *Report and Recommendation*–that the ALJ'S Mental Residual Functional Capacity is not supported by substantial evidence.  Specifically, Plaintiff disagrees with the amount of weight given to Dr. Bretz's (the state agency psychological consultant) opinions by the ALJ and the ALJ's failure to properly explain the reasoning behind the conclusion.

       This objection presents the same issue presented to, and carefully considered by the Magistrate Judge in the Statement of Errors.  Plaintiff merely disagrees with the Magistrate

Judge's findings. The Magistrate Judge concluded that substantial evidence demonstrates that the ALJ's RFC adequately accounted for all of the limitations that he found credible. Therefore, for the reasons stated in the well-reasoned *Report and Recommendation*, this Court finds that Plaintiff's objection is without merit.

Based on the aforementioned and the detailed *Report and Recommendation*, the Court finds that Plaintiff's objection has been thoroughly considered and is hereby **OVERRULED**. Accordingly, the *Report and Recommendation,* Document 20, is **ADOPTED** and **AFFIRMED.**

The Clerk shall remove Documents 20 and 21 from the Court's pending motions list and enter final judgment in this case.

**IT IS SO ORDERED.**

*/s/ George C. Smith*_____
**GEORGE C. SMITH, JUDGE**
**UNITED STATES DISTRICT COURT**